which by his own default he is deemed to have acquiesced. (*Flake* v. *Van Wagenen*, 54 N. Y. 25; *Matter of Jones Lumber Company* v. *Fulton*, 123 App. Div. 386.) Neither may defendant appeal from the later order modifying the default order, since it was an application to the discretion of the court below over which this court has no control. (*Place* v. *Hayward*, 100 N. Y. 626; *Matter of National Gramophone Corp.*, 82 App. Div. 593, 596.) Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Emily V. Hamer, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Harriet L. Johnston, Respondent, v. Harold D. Johnston, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Peter E. Mills, Appellant, v. Clara E. Derrick, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Peter E. Mills, Respondent, v. Clara E. Derrick, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Michael E. Moore, Respondent, v. The Otto Gas Engine Works, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to renew if this action is not diligently prosecuted. No opinion. Jenks P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Edward W. Simpson, Respondent, v. James S. Whitman, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on authority of *Simpson* v. *Whitman* (147 App. Div. 642). Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Stapleton, J., dissented.

Hans Thompson, as Administrator, etc., of Gertrude Thompson, Deceased, Respondent, v. Bellas, Hess & Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Augusta M. Warren, Respondent, v. William C. Albro and Frederick W. Van Slyck, as Administrators, etc., Appellants.— Order modified by requiring as a condition of the amendment that plaintiff pay to the defendants all the costs and disbursements of the action to the date of the order; and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Theodore Zorn, an Infant, by Sarah Zorn, His Guardian ad Litem, Respondent, v. Edwin S. Pendleton, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Sarah Zorn, Respondent, v. Edwin S. Pendleton, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Hilma E. Ahlstrom, Plaintiff, v. Charles O. Ahlstrom, Defendant.— Motion granted on condition that plaintiff perfect her appeal, place the case upon the April calendar and be ready for argument when reached;